UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA BROWN,

        Plaintiff,                  Case No. 2:24-cv-11294

v.                                    Honorable Susan K. DeClercq
                                        United States District Judge
AVON MACHINING, LLC, et al.,

        Defendants.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL FOUR DEPOSITIONS (ECF No. 44)**

For the reasons stated on the record during the March 6, 2025 hearing on Plaintiff Melissa Brown's Motion to Compel Four Depositions, ECF No. 44, it is

**ORDERED** that:

1. Plaintiff's Motion to Compel Four Depositions, ECF No. 44, is **GRANTED IN PART** to the extent that Plaintiff may depose Jack Kolodny and Fred Tedori strictly subject to the following limitations:

   - Each deposition shall be limited to four hours.

   - Counsel may ask deponents about their personal knowledge of Plaintiff's termination.

   - Counsel may ask deponents questions which narrowly relate to the determination of whether Defendants Avon Machining, LLC ("Avon") and Auxo Investment Partners, LLC ("Auxo") were Plaintiff's joint employer.

- 2 -

- Counsel may not ask deponents about any matter preceding Auxo's acquisition of Avon.

- Counsel may not ask deponents about any corporate entities other than Auxo and Avon.

- Counsel may not ask deponents about Avon's former CEO, Chad Fietsam.

2. Plaintiff's Motion to Compel Four Depositions, ECF No. 44, is **DENIED IN PART** in all other respects; and

3. Defendant Auxo is **DIRECTED** to produce Jack Kolodny and Fred Tedori for deposition on or before March 28, 2025.

**This is not a final order and does not close the above-captioned case.**

/s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge

Dated: March 7, 2025