UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA BROWN,

        Plaintiff,                      Case No. 2:24-cv-11294

v.                                      Honorable Susan K. DeClercq
                                          United States District Judge

AVON MACHINING, LLC, et al.,

        Defendants.
_____/

## ORDER STRIKING AVON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 59)

On June 20, 2025, Defendants Avon Machining LLC and Todd Thompson (collectively "the Avon Defendants") filed a motion for summary judgment. ECF No. 59. Later that day, they filed an amended motion for summary judgment. ECF No. 62. The original motion, ECF No. 59, is superseded by the amended motion, ECF No. 62, and is no longer relevant. Accordingly, it will be stricken.

Accordingly, it is **ORDERED** that the Avon Defendants' Motion for Summary Judgment, ECF No. 59, is **STRICKEN**.

**This is not a final order and does not close the above-captioned case.**

                                                              /s/Susan K. DeClercq
                                                              SUSAN K. DeCLERCQ
                                                              United States District Judge

Dated: June 24, 2025