UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELISSA BROWN,

                 Plaintiff,                           Case No. 2:24-cv-11294

v.                                                    Honorable Susan K. DeClercq
                                                      United States District Judge
AVON MACHINING, LLC, et al.,

                 Defendants.
_____/

**ORDER DENYING NINE MOTIONS AS MOOT (ECF Nos. 60; 62; 63; 68; 101; 102; 103; 105; 106) AND DIRECTING PARTIES TO FILE CLOSING DOCUMENTS**

On March 5, 2026, Plaintiff Melissa Brown filed a notice that "the parties have reached a full and complete settlement of all claims and counterclaims in this matter" and will submit closing documents "in due course." ECF No. 115 at PageID.16035–36.

In light of the parties' settlement, all pending motions for summary judgment, ECF Nos. 60; 62; 63; 68, and all other motions, ECF Nos. 101; 102; 103; 105; 106, will be denied as moot. The parties will be directed to submit closing documents on or before May 1, 2026.

Accordingly, it is **ORDERED** that all pending motions for summary judgment, ECF Nos. 60; 62; 63; 68, are **DENIED AS MOOT**.

- 2 -

Further, it is **ORDERED** that all other pending motions, ECF Nos. 101; 102; 103; 105; 106, are **DENIED AS MOOT**.

Further, it is **ORDERED** that the Parties are **DIRECTED** to submit closing documents via the Utilities, Proposed Order function of CM/ECF on or before **May 1, 2026**.

**This is not a final order and does not close the above-captioned case.**

/s/Susan K. DeClercq  
SUSAN K. DeCLERCQ  
United States District Judge

Dated: March 9, 2026